UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBLY ARNOLD, *et al.*, | Case No. 2:24-cv-3168-TLN-JDP (PS) |
| Plaintiffs, | |
| v. | ORDER |
| LION'S CLUB INTERNATIONAL ASSOCIATION, *et al.*, | |
| Defendants. | |

Plaintiffs, proceeding without counsel, have brought this action against Lion's Club International and several of its employees and officers. Plaintiffs have commenced another action in this district against the same defendants over the same dispute. These actions appear to be duplicative. *See Arnold v. Lions Club International Association*, No. 2:24-cv-2095-DAD-AC. "Plaintiffs generally have 'no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant.'" *Adams v. Cal. Dep't of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007), *overruled on other grounds by Taylor v. Sturgell*, 553 U.S. 880, 904 (2008) (quoting *Walton v. Eaton Corp.*, 563 F.2d 66, 70 (3d Cir. 1977) (en banc)). "[I]n assessing whether the second action is duplicative of the first, we examine whether the causes of action and relief sought, as well as the parties or privies to the action, are the same." *Id.* at 689. In light of plaintiffs' pro se status, the court will allow plaintiffs

the opportunity to file either a notice of voluntary dismissal (as duplicative) or to explain why these actions are not duplicative. If this action is duplicative, plaintiffs should proceed on the action they initially commenced.[1]

In addition to filing a complaint, plaintiff Arnold has filed an application to proceed *in forma pauperis*. ECF No. 2. Plaintiff Dunham, however, has neither submitted an application to proceed *in forma pauperis* nor paid the required filing fee. In order to participate in this litigation, Dunham must either file an application to proceed *in forma pauperis* or pay the required filing fee. Should he not, he will be dismissed.

Accordingly, it is hereby ORDERED that:

1. Plaintiff Arnold's application to proceed *in forma pauperis*, ECF No. 2, is GRANTED.

2. Within fourteen days of this order's issuance, plaintiff Dunham must either file an application to proceed *in forma pauperis* or pay the required filing fee. Failure to do so will result in his dismissal from this action.

3. Within fourteen days of this order's issuance, plaintiffs must either file a voluntary notice of dismissal or explain why this litigation is not duplicative of *Arnold v. Lions Club International Association*, No. 2:24-cv-2095-DAD-AC. Should plaintiffs fail to respond, the court will recommend that this action be dismissed.

IT IS SO ORDERED.

Dated:     April 3, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] "Federal comity and judicial economy give rise to rules which allow a district court to transfer, stay, or dismiss an action when a similar complaint has already been filed in another federal court." *Barapind v. Reno*, 72 F. Supp. 2d 1132, 1145 (citation omitted). "[I]ncreasing calendar congestion in the federal courts makes it imperative to avoid concurrent litigation in more than one forum whenever consistent with the right of the parties." *Crawford v. Bell*, 599 F.2d 890, 893 (9th Cir. 1979).